JACK M. LAUNER et al., Respondents, v. HAROLD HECHT et al., Appellants.—

Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.